NOT FOR PUBLICATION

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| William Francis Roush,<br><br>   Plaintiff,<br><br>v.<br><br>Charles L. Ryan, et al.,<br><br>   Defendants. | No. CV-11-00286-PHX-SRB<br><br>**ORDER** |

Pending before the Court is a Report and Recommendation from the Magistrate Judge recommending that Defendant's Motion for Sanctions be granted and that this case be dismissed as a sanction for Plaintiff's failure to comply with the Court's Order filed December 11, 2012. Plaintiff filed objections on May 23, 2013 and Defendant Hayes has responded to those objections.

Plaintiff filed this civil rights action against various Defendants alleging damages for personal injury. After refusing to voluntarily comply with a request for a release of medical records Defendant filed a Motion to Compel which was granted on December 11, 2012. The Magistrate Judge's Order required Plaintiff to serve on Defendant by December 18, 2012 "an original fully executed "Medical Authorization for Release of Information and Documentation' in the form attached as Exhibit G to Defendant's Motion (Doc. 163)." (Doc. 196, Order, Dec. 11, 2012 at 4). This Court overruled Plaintiff's objection to that Order on January 7, 2013 and affirmed the Order compelling Plaintiff to provide the medical records release. Defendant requested and obtained an

extension of the dispositive motion deadline based on Plaintiff's failure to comply with the Order requiring the medical records release. In a January 25, 2013 Order the Magistrate Judge granted the extension and set a second specific deadline for Plaintiff to comply with the December Order for service of the medical records release. The new deadline for Plaintiff's compliance was February 4, 2013. Plaintiff was given the option to show cause why he could not comply with that deadline.

Plaintiff filed a response to the Order to Show Cause asserting various reasons why he had not complied with the Court's Order but still did not serve the release. The Court concluded that Plaintiff had failed to show good cause for his failure to comply with the Court's Order and invited Defendant to file a Motion for Sanctions. As of the date of this Order, Plaintiff still has not complied with the Court's Order by serving his medical records release. After analyzing various alternatives for sanctions the Magistrate Judge concluded that dismissal was the only appropriate sanction here and recommended that to this Court.

Plaintiff's 12 page handwritten objections predominately objects to the exercise of jurisdiction by the Magistrate Judge over non-dispositive proceedings in this case and the assignment of this case to this Judge. Nowhere in the objections does Plaintiff explain any reason why he has been unable to comply with the Order that he provide the medical records release. The only thing that approaches an objection to the contents of the Report and Recommendation is Plaintiff's continuing assertion that he should not be required to provide a medical records release because the Court had the authority to by-pass Plaintiff and order the Arizona Department of Corrections to release his medical records to Defendant. The Magistrate Judge had previously explained his reasons for refusing to do this; reasons with which this Court agrees.

IT IS ORDERED overruling Plaintiff's Objections to the Magistrate Judge's Report and Recommendations.

IT IS FURTHER ORDERED adopting the Report and Recommendation of the Magistrate Judge as the Order of this Court.

IT IS FURTHER ORDERED granting Defendant's Motion for Sanctions. (Doc. 251)

IT IS FURTHER ORDERED that as a sanction for Plaintiff's failure to comply with the Court's Order filed December 11, 2012 that this case be dismissed.

IT IS FURTHER ORDERED directing the Clerk of Court to enter judgment accordingly.

Dated this 11th day of June, 2013.

_____
Susan R. Bolton
United States District Judge